## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE 3:21-cr-346 |
| v. ) | |
| ) | |
| MICHAEL SPEER, ) | |
| Defendant. ) | |

### EMERGENCY MOTION FOR STAY OF REPORTING DATE

COMES NOW, Counsel for Defendant Michael Speer (hereinafter "Defendant") and hereby moves the Court for a Stay of Defendant's Voluntary Surrender date.

1.

At sentencing, Defendant was ordered to begin serving his sentence by October 1, 2025. Counsel received correspondence from the U.S. Marshals Service this afternoon advising of Defendant's his designation and turn in date.

2.

Mr. Speer's personal history was well documented in the presentence reports, and was discussed at sentencing. Counsel will therefore refer the Court to same and remind the Court that Defendant's daughter is approaching difficult anniversaries in the loss of her mother, her 14th birthday (which falls the day prior to the anniversary of her mother's death), and the fall/winter holidays. The pending absence of her father has caused her extreme anxiety. Mr. Speer understands the severity of his crime, but requests the Court's compassion toward his daughter, who is innocent and yet will suffer the most in losing her father for the year and a half he is in prison.

3.

Mr. Speer is working diligently to set up the necessary legal documents so that family/friends can care for his daughter, enroll her in school, make medical decisions, etc. during his absence. As the Court can understand, his daughter will be without a present, biological parent for 18 months and substantial considerations need to be made to ensure she is cared for with as little upheaval as possible. During this process, he is also attending to his daughter's fragile

mental state and simply requests the Court's empathy and understanding that his parenting will be severely limited while he is incarcerated.

4.

As the Court is aware, Mr. Speer has been on pretrial services since he entered his guilty plea nearly 4 years ago. Mr. Speer is not a flight risk and has deep ties to his community.

5.

Counsel for Defendant hereby requests a stay of at least 120 days. This would allow time for him to execute all necessary paperwork for the care of his minor daughter, as well as help her address her anxiety and panic attacks related to temporarily losing her last remaining parent.

Respectfully submitted this 4th day of September, 2025.

/s/ Meg Strickler
Meg Strickler
Georgia Bar No. 688190
Conaway & Strickler, PC

The Offices at Four Seasons
75 14th Street NE, Suite 3000
Atlanta, GA 30309
Phone: 404-816-5000
meg@cs-lawyers.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Emergency Motion for Stay of Reporting Date with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing upon all counsel of record.

/s/ Meg Strickler
**Meg Strickler**